Matter of Lamoureux v Town of Vestal Town Bd. (2024 NY Slip Op 01226)

Matter of Lamoureux v Town of Vestal Town Bd.

2024 NY Slip Op 01226

Decided on March 7, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:March 7, 2024

CV-22-2340
[*1]In the Matter of Victor Lamoureux, on Behalf of Friends for Responsible Vestal Zoning, an Unincorporated Association, Appellant,
v
Town of Vestal Town Board et al., Respondents.

Calendar Date:January 8, 2024

Before:Garry, P.J., Pritzker, Lynch, Fisher and Powers, JJ.

Rupp Pfalzgraf LLC, Albany (William F. Demarest III of counsel), for appellant.
David S. Berger, Vestal, for Town of Vestal Town Board, respondent.
Hinman, Howard & Kattell LLP, Binghamton (Sarah G. Campbell of counsel), for LCD Acquisitions, LLC and another, respondents.

Pritzker, J.
Appeal from a judgment of the Supreme Court (Mark G. Masler, J.), entered November 10, 2022 in Cortland County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review, among other things, a determination of respondent Town of Vestal Town Board adopting a negative declaration of environmental significance.
Judgment affirmed, upon the opinion of Justice Mark G. Masler.
Garry, P.J., Lynch, Fisher and Powers, JJ., concur.
ORDERED that the judgment is affirmed, without costs.